UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JAN 5 2010
Jan 5 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

ALVARO ALEMAN  IDOC # R-72885

    Plaintiff

09 C 6049

Honorable Judge
Robert M. Dow Jr.

Cook County Dept. Of Corrections
THOMAS DART Sheriff Director of Cook County D.O.C.
AVERY HART Medical Director of Cook County DOC
DAVID FAGUS Chief-Operating Officer of Cermak Health Services of Cook County D.O.C.

    Defendants

## PLAINTIFFS MOTION FOR COURT ORDER TO COMPELL PRODUCTION OF DOCUMENTS

Pursuant to Rule 34 and 45 (1)(c) of Fed. R. Civ. P. Plaintiff moves this court for an order to compell the Medical Director (records office) at John Stroger Hospital of Cook County to produce (release) plaintiffs medical record, or among other things:

Any documents or electronically stored information— including writings, graphs, charts, photographs, images, x-rays, and other data or data compilation — stored in any medium from which information can be obtained in a reasonable useable form.

The reasons supporting this motion include:

1. Plaintiff has written twice to the Medical Director (records office) of John Stroger Hospital requesting his medical record, what it will cost so plaintiff can forward a money voucher, and an information release form. Plaintiff has made it known that he is willing to pay for his own medical record but this has not move the Hospital to comply to plaintiffs request.

2. Plaintiff was taken to Stroger Hospital for his injury to be treated in numerous occasions. Plaintiff stayed at the hospital two days at one point on one of these occasions.

3. Plaintiff has a substantial need for any medical record pertaining to plaintiff at Stroger's Hospital for all documents are with relation to plaintiffs injury.

4. The documents plaintiff seeks are reasonable relevant to his claim before this court and it will be unfair to plaintiff not to have all relevant information to his case.

5. John Stroger Hospital is not a named party, nor any of its medical staff. They have no legitimate cause to deny plaintiff his request. Attached to this motion is a copy of one of plaintiffs attempt to obtain his medical record.

6. Plaintiff has made every effort and in good faith attempted to obtain his medical record on his own without court action.

7. Plaintiff has a right to his medical record.

WHEREFORE, plaintiff request that the court issue an order compelling the Medical Director (Records Office) at John Stroger Hospital to release plaintiffs medical record and every document pertaining to plaintiff with relation to his injury

Respectfully submitted this 30th day of December, 2009

*Alvaro Aleman*
Alvaro Aleman

Dec 14th, 2009

Dear Medical Director,

I'm writing you to request my Medical Record. I need to know how many pages and what it will cost so I can submit a money boucher.

Also I need an information release form so that I can fill out and submit in request for my medical record.

My name is Alvaro Aleman. At the time of my treatment at your hospital (John Stroger Hospital of Cook County) I was a pre-trial detainee at Cook County Jail, my detainee number at Cook County Jail was CCDOC#: 20060093404. I was treated at your hospital (John Stroger C.C.) from October 2007 to August of 2008 in numerous occasions. On April 26th, 2008 I was scheduled for surgery.

Please I need my medical record and every document pertaining to it. I need to know how many pages so I can forward a money boucher.

I look forward to hear from you.

Respectfully Submitted,

*Alvaro Aleman*

IN THE
<u>UNITED STATES DISTRICT COURT</u>
<u>NORTHERN DISTRICT OF ILLINOIS</u>
<u>EASTERN DIVISION</u>

<u>Alvaro Aleman IDOC R-72885</u>)
Plaintiff/Petitioner )
)
Vs. ) No. <u>09 C 6049</u>
)
<u>THOMAS DART et al</u> )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: <u>Clerk of the U.S. District</u>  TO: _____
<u>Court, United States</u>            _____
<u>219 South Dearborn Street</u>      _____
<u>Chicago, IL. 60604</u>              _____

PLEASE TAKE NOTICE that on <u>December 30</u>, 20<u>09</u>, I placed the attached or enclosed documents in the institutional mail at <u>Shawnee</u> Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service

DATED: <u>12/30/09</u>

/s/ <u>Alvaro Aleman</u>
Name: <u>Alvaro Aleman</u>
IDOC#: <u>R-72885</u>
Address: <u>Shawnee C.C.</u>
<u>6665 State Rt. 146 East</u>
<u>Vienna IL. 62995</u>

Subscribed and sworn to before me this <u>30</u> day of <u>Dec</u>, 20<u>09</u>.

_____
Notary Public

OFFICIAL SEAL
LEANNE PATE
Notary Public - State of Illinois
My Commission Expires Feb 08, 2011