**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALVARO ALEMAN (IDOC # R-72385), ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THOMAS DART, AVERY HART and ) <br> DAVID FAGUS, in their official capacities, ) <br> ) <br> Defendants. ) <br> )) | Hon. Robert M. Dow, Jr. <br><br> No. 09 C 6049 |

## APPLICATION FOR RELIEF FROM APPOINTMENT

Amy M. Rubenstein respectfully applies, pursuant to Northern District of Illinois Local Rule 83.38(a), for relief from appointment as Mr. Alvaro Aleman's attorney. In support of her application, Ms. Rubenstein states as follows:

1. On February 9, 2010, Ms. Rubenstein was appointed by this Court to represent Mr. Aleman.

2. From August 2003 to August 2009, Ms. Rubenstein has spent at least 2,759 hours serving as appointed counsel in three other *pro bono* matters: *Hargett et al. v. Baker et al.*, No. 02 C 1456; *Sain v. Budz, et al.*, No 05 C 6394; and *Lurz et al. v. Budz et al.*, No. 04 C 6307. In 2008, Ms. Rubenstein was honored for excellence in pro bono and public interest service by the judges of this Court and the Chicago Chapter of the Federal Bar Association.

3. Ms. Rubenstein seeks relief from this appointment for two reasons. First, because of Ms. Rubenstein's current professional commitments, she lacks the time necessary to represent Mr. Aleman in a manner that meets the standard of professional care required by law. *See* Local Rule 83.38(a)(4). Second, Ms. Rubenstein is currently assisting with the care for a terminally ill

parent. For this second reason, Ms. Rubenstein also respectfully requests that she not "automatically be included among the names selected for the next panel" under Local Rule 83.38(b).

WHEREFORE, Ms. Rubenstein respectfully requests that the Court relieve her from appointment as Mr. Aleman's counsel and not include her name among the names selected for the next panel.

DATED: February 10, 2010

/s Amy M. Rubenstein
Amy M. Rubenstein
SCHIFF HARDIN LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606-6473
Tel: (312) 258-5500

**CERTIFICATE OF SERVICE**

  I, Amy M. Rubenstein, do certify that on the 10th of February, 2010, the foregoing Application for Relief from Appointment was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

  Nicholas S. Scouffas
  nscouffas@cookcountygov.com

Notice has also been delivered by U.S. Mail to:

  Alvaro Aleman IDOC # R-72385
  Shawnee Correctional Center
  6665 State Route 146 East
  Vienna, Illinois 62995

            /s   Amy M. Rubenstein
              Amy M. Rubenstein

CH2\8341689