**IN THE UNITED SATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

ALVARO ALEMAN (IDOC # R-72385),      )
                                      )
            Plaintiff,                )
                                      )
      v.                              )      Hon. Robert M. Dow, Jr.
                                      )
THOMAS DART, AVERY HART, and DAVID    )      Case No.: 09 CV 6049
FAGUS, in their official capacities, and )
COOK COUNTY, ILLINOIS,                )
                                      )
            Defendants.               )

## APPLICATION FOR RELIEF FROM APPOINTMENT

Stephen D. Scallan respectfully applies, pursuant to Northern District of Illinois Local Rule 83.38(a) for relief from appointment as Mr. Alvaro Aleman's attorney.  In support of his application, Mr. Scallan states:

1.      On February 11, 2010, Mr. Scallan was appointed by this Court to represent Mr. Aleman.

2.      Northern District of Illinois Local Rule 83.37 provides, <u>inter alia</u>, that, upon filing an appearance, "counsel shall communicate with the newly-represented party concerning the action or appeal. In addition to a full discussion of the merits of the dispute, counsel shall explore with the party any possibilities of resolving the dispute in other forums, including but not limited to administrative forums."

3.      Mr. Aleman does not speak English.  <u>See</u> Docket Entry 23 at p.3.

4.      Mr. Scallan is not fluent in any language other than English.  Moreover, no attorney or other employee of Mr. Scallan's law firm, Staes & Scallan, P.C., is fluent in any language other than English.

5.    Consequently, Mr. Scallan's inability to communicate with Mr. Aleman would not only prevent compliance with Local Rule 83.37, but would also prevent Mr. Scallan from representing Mr. Aleman is a manner that meets the standards of professional care required by the Illinois Rules of Professional Conduct, specifically Rule 1.4 - Communication. See also Local Rule 83.38(a)(3).

WHEREFORE, Mr. Scallan respectfully requests that this Court relieve him from appointment as Mr. Aleman's counsel.

/s/ Stephen D. Scallan
Stephen D. Scallan
Staes & Scallan, P.C.
111 W. Washington St.
Suite 1631
Chicago, IL 60602
(312) 201-8969

## CERTIFICATE OF SERVICE

I, Stephen Scallan,  certify that I have caused Stephen Scallan's Application For Relief

From Appointment. to be served upon the following persons:

/s/ Stephen Scallan
STEPHEN SCALLAN

## SERVICE LIST

Nicholas Scouffas
Cook County State's Attorney
50 W. Washington
Chicago, Illinois 60602
*via U.S. mail and ECF filing on February 26, 2010*

Alvaro Aleman
IDOC #R-72385
Shawnee Correctional Center
6665 State Route 146 East
Vienna, Illinois 62995
*via U.S. mail on February 26, 2010*