# United States District Court
# For the Northern District of Illinois
# Eastern Division

MHN

| | | |
|---|---|---|
| Sound of Music Company | } | **Case No.** 99cv639 |
| | } | |
| vs. | } | **Judge**: Nordberg |
| | } | |
| Minnesota Mining and Manufacturing Company | } | **Mag**: Mason |

**FILED**
3-3-2010
TG MAR - 3 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## Notice of Removal of Material
## From the Custody of the Clerk's Office

Pursuant Local Rule 79.1 the following item(s) was/were removed from the custody of the Clerk's Office by the undersigned, who is representing (Defendant) party:

*Minnesota Mining and Manufacturing Company*

**Document # 52 - EXHIBIT list (Attachments) (1 volume)**

I, __Matthew Ouimet__, am authorized to remove the above described
(Print Name)

document(s) from the court.

Signature: _[signature]_    Firm: Wildman, Harrold, Allen & Dixon, LLP

By: _[signature]_    Date: 3/3/10

Deputy Clerk, TRAVIS GRAMMER

**Wildman, Harrold, Allen & Dixon LLP**
225 West Wacker Drive
Chicago, Illinois 60606-1229
312-201-2000
312-201-2555 fax
www.wildman.com

Fred E. Schulz
312-201-2658
SCHULZ@wildman.com



Wildman Harrold
*Attorneys and Counselors*

March 2, 2010

United States District Court
Northern District of Illinois
219 South Dearborn - 20th Floor
Chicago, Illinois 60604

   RE: Sound of Music Co. v Minnesota Mining
     99-cv-00639
     Notice of Exhibit Disposal dated 2/26/10

Attn: Files Department

  Pursuant to the Notice of Exhibit Disposal filed February 26, 2010, I hereby authorize Matt Ouimet to pick up Document 52 on behalf of the Defendant for delivery to me at Wildman, Harrold, Allen & Dixon, LLP. Michael La Porte who is listed as Defendant's counsel on the Notice of Exhibit Disposal is no longer with this firm.

          Yours truly,

          FRED E. SCHULZ
          Attorneys for Defendant

FES/efk

2058312