# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                              Case Number: 09-cv-06049

ALVARO ALEMAN, Plaintiff,
v. THOMAS DART, in his official capacity as Medical Director,
Cook County Department of Corrections, COOK COUNTY, ILLINOIS,
and DAVID FAGUS, in his official capacity as Chief Operating Officer
of Cermak Health Services, Defendants.


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ALVARO ALEMAN, Plaintiff

| |
|---|
| NAME (Type or print) <br> Ashlee M. Knuckey |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Ashlee M. Knuckey |
| FIRM <br> Locke Lord Bissell & Liddell LLP |
| STREET ADDRESS <br> 111 South Wacker Drive |
| CITY/STATE/ZIP <br> Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6300237 | TELEPHONE NUMBER <br> 312-443-0694 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N"): N |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N"): N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N"): N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N"): Y |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL          APPOINTED COUNSEL |