UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVARO ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 6049 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| COOK COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

Anita Alvarez, Cook County State's Attorney, through her Assistant Nicholas Scouffas, , moves this Honorable Court pursuant to Rule 83.17 of the Rules of the United States District Court for the Northern District of Illinois for leave to substitute Assistant State's Attorneys Kent Ray and Patrick Smith as attorneys of record for defendants Cook County, Avery Hart, in his official capacity, and David Fagus, in his official capacity, and for leave for Assistant State's Attorney Nicholas Scouffas to withdraw his appearance on behalf of defendants Cook County, Avery Hart and David Fagus (in their official capacities) in this action. In support of this motion, the movant states as follows:

1.  The Office of the Cook County State's Attorney by Assistant State's Attorney Nicholas Scouffas currently represents all defendants in this suit: Thomas Dart, Avery Hart, David Fagus and Cook County.

2.  Assistant State's Attorneys Kent Ray and Patrick Smith seek leave to file their appearances on behalf of defendants Cook County, Avery Hart and David Fagus and Assistant State's Attorney Scouffas seeks to withdraw his appearance on behalf of defendants Cook County, Avery Hart and David Fagus.

1

2

3. Kent Ray and Patrick Smith are duly licensed attorneys in Illinois and are members of the general bar for this Court.

4. Plaintiff will not be prejudiced by the proposed substitution of counsel.

WHEREFORE, the undersigned respectfully request that this Honorable Court enter an order granting leave to Nicholas Scouffas to withdraw as counsel for defendants Cook County, Avery Hart, in his official capacity, and David Fagus, in his official capacity, and substituting Kent Ray and Patrick Smith in his place as counsel of record for defendants Cook County, Avery Hart, in his official capacity, and David Fagus, in his official capacity.

    Respectfully Submitted,

    ANITA ALVAREZ
    State's Attorney of Cook County

  By:    /s/Nicholas Scouffas
        Nicholas Scouffas
        Assistant State's Attorney
        69 W. Washington
        Suite 2030
        Chicago, IL 60602
        (312) 603-3304
        ARDC # 6279759