IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVARO ALEMAN, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THOMAS DART, in his official capacity as Sheriff of )<br>Cook County, Illinois; AVERY HART, in his official )<br>capacity as Medical Director, Cook County Department )<br>of Corrections; COOK COUNTY, ILLINOIS; and )<br>DAVID FAGUS, in his official capacity as Chief )<br>Operating Officer of Cermak Health Services, )<br>)<br>Defendants. ) | Case No. 09 C 06049<br><br>Hon. Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Nan R. Nolan |

## NOTICE OF MOTION

TO: All Attorneys of Record on the Attached Certificate of Service

PLEASE TAKE NOTICE that on Thursday, July 29, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Robert M. Dow, Jr., in Room 1919, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in his stead, and then and there present Plaintiff's "Motion for Leave to File Second Amended Complaint," a copy of which is attached hereto and hereby served upon you.

DATED: July 26, 2010                    ALVARO ALEMAN

                                                                                                   By: _s/ Ashlee M. Knuckey_
                                                                                                      One of His Attorneys

Ashlee M. Knuckey (# 6300237)
Steven T. Whitmer (# 06244114)
Ernesto R. Palomo (# 06278186)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-0694 (A.M. Knuckey)
Fax: (312) 896-6694 (A.M. Knuckey)

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2010, I electronically filed the foregoing "Notice of Motion" with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Kent Stephen Ray**
kray@cookcountygov.com

**Patrick Stephen Smith**
patrick.smith@cookcountyil.gov

**Nicholas S. Scouffas**
nscouffas@cookcountygov.com

s/ Ashlee M. Knuckey<br>Ashlee M. Knuckey

Ashlee M. Knuckey (# 6300237)
Locke Lord Bissell & Liddell LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-0694
Fax: (312) 896-6694

*Attorney for Plaintiff Alvaro Aleman*