# EXHIBIT B

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

**EMERGENCY ROOM RECORD**

Time ER visit completed _____
Time departed for Outside Hospital _____

Date __10/18/2007__
Time arrived __740__   Time Triaged ____   Time Examined by Provider ____

| Last Name | First Name | Initial | DOC # 2006 00 93404 | Location 6 | DOB: 1/5/76 |
|---|---|---|---|---|---|

ALEMAN   ALVARO

RACE: □ B ☑ W □ L   Other: LATINO
Sex: ☑ Male  □ Female

History / Complaints: pain + swelling
to (L) hand injured this pm.

Denies having any med. prob.

| FIRST DAY LMP | Last Tetanus | Allergies: | O² Sat | Peak Flow | Accu Check | Urine Dipstick |
|---|---|---|---|---|---|---|
| N/A | unk | NKA | 97% RA | | | |

| Temp 99.0 | Pulse 88 | Resp. rate 18 | BP 128/73 | Repeat Vitals | Orthostatic Vitals | Nurses Signature |
|---|---|---|---|---|---|---|

PMH Ø
MEDS Ø

C: 31 y.o. HM c/o (L) middle finger pain
today 2° fall. Ø numbness/tingling
O: CN WNL. VSS. N/m
N: (L) middle finger c Ø edema/
ecchymosis, tenderness to PIP
c limited ROM 2° pain
sensory intact, cap refill < 3sec

**Treatment / Advice**
Tylenol # 3 x tabs.
finger splint done
give UP 1 later

dT: _____

X-RAY ☑ (L) FX 3rd phalangeal shaft

EKG □    LAB □

□ JSH   □ Provident   □ Other Hospital
☑ Sick Call   □ Specialty Clinic

Pt to DR tomorrow AM for transfer to JSH

**Diagnosis:**
(L) 3rd finger FX

Physician Signature / Pager Number

Consent – I hereby authorize the physician and / or nurse in charge of emergency / or outpatient care at Cermak Health Services to administer such treatment and medication as may be deemed necessary or advisable by the physician in the diagnosis and treatment of this case while a patient at the hospital. I further authorize Cermak Health Services to release necessary information to authorized physicians for future care, or to insurance companies or other authorized agencies for completion of any care for hospitalization or medical benefits, and to release medical information to public authorities.

Signature of Patient or Responsible Person: Alvaro Aleman
Signature of Witness

Refusal of Treatment Release – I hereby refuse treatment in this case as advised by the Physician in charge of emergency / or outpatient care at Cermak Health Services and I Hereby agree not to hold the physician or Cermak Health Services responsible for any Harm or Injury that may result from my action, and to release medical information to Public authorities.

Signature of Patient or Responsible Person
Signature of Witness

Form#; 863.15 Rev December 12, 2005

J Sexual Assault Panel
RPR, HBsAG, HIV 1, HCV-Ab, HIV Consent,
Gonorrhea Culture: __Mouth __Anus __Urethra
I Post Exposure Panel
HIV 1, HCV-Ab, HBsAG/AB, RPR

M
20060093404
ALEMAN, ALVARO   526210
01/05/1976

ALE 8

# EXHIBIT C

COOK COUNTY BUREAU OF HEALTH SERVICES
CHS 06

Patient Name: ALEMAN, ALVARO
Encounter Number: 20060093404
Medical Record Number: 0052621Qz
Attending Physician:
Admission Date: 12/6/2006
Discharge Date:

Sex: Male
Date of Birth: 1/5/1976
Patient Age: 31 years
Patient Location: 06J01
Hospital Service: Medicine

## Radiology Report

| Exam: | Exam Date/Time: | Accession Number: | Ordering Provider: |
|---|---|---|---|
| Finger Middle Left | 10/18/2007 8:33:00 PM | DX-07-0171851 | CARRASQUILLO, LYDIA |

Reason For Exam:
1-Trauma

Findings
LEFT MIDDLE FINGER:

HISTORY: Trauma.

Examination of the left middle finger reveals an oblique fracture of the third proximal phalanx. Slight separation and overriding of the fragments is seen.

Impression
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: JARA, OSCAR A
Electronically Signed by: FLOWERS, CALVIN
On: 10/23/2007 9:53 am

Transcriptionist Initials: ST

ALE 72

# EXHIBIT D



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

DW 12 6 2006

SCHEDULING STATUS
☐ URGENT
☑ PRIORITY
☐ ROUTINE

# CONSULTATION REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.

| Date Referral Generated | 11/8/07 | Location: 6-1-2 | Med. Rec. # 2006 0093404 |
| Patient Name: ALEMAN ALVARO | | DOC # | DOB: JAN 5 76 |

CONSULTATION SERVICE  OVTHO   ☑ Cermak   ☐ Fantus   ☐ Other_____

Reason for Referral:

FRACTURED (R) 2nd middle finge  on Oct 18 07
need F/U.

Current Medications: _____

Provider Name/Pager #/Phone #

# CONSULTATION

Date Seen: _____ 11/8/07

Finding / Impression:

Pt c̄ (L) MF P1 fx 10/18/07

PE: - Decreased sensation middle finge
- good cap refill
- diffuse Tenderness  — Rotational deform

X Ray - fx P1 , c̄ State

Recommendations:

- splint
- Pt Needs to be seen at CCH Hand Clinic consult done
next week.

Consultant's Name – Pager #

To return in _____ 1 _____ Weeks   Date of Follow Up:_____ Time:_____

☐ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

PATIENT LABEL

# EXHIBIT E

Patient Name: ALEMAN, ALVARO
Encounter Number: 20060093404
Medical Record Number: 0052621Oz
Attending Physician:
Admission Date: 12/6/2006
Discharge Date:

Sex: Male
Date of Birth: 1/5/1976
Patient Age: 31 years
Patient Location: 1001D
Hospital Service: Medicine

## Radiology Report

Exam:
Finger Middle Left

Exam Date/Time:
11/29/2007 7:48:00 PM

Accession Number:
DX-07-0193664

Ordering Provider:
KAPOTAS, JAMES

Reason For Exam:
PROX PHALANYX FX

Findings
LEFT MIDDLE FINGER:

HISTORY: Not given.

Left middle finger reveals an oblique fracture through the proximal third phalanx. There is about 3.0 mm separation and displacement of the fragments. There is no significant swelling of soft tissues at the fracture site. No callous formation is noted.

Impression
AS ABOVE.

****FINAL REPORT****
Reading Radiologist: JARA, OSCAR A
Electronically Signed by: JARA, OSCAR A
On: 12/03/2007 12:28 pm

Transcriptionist Initials: ST

ALE 71

# EXHIBIT F

Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL  60608

**Progress Notes**

☐ Mental Health
☐ Medical
☐ Nursing

| DATE-TIME | Prob.No. | SIGN ALL NOTATIONS |
|---|---|---|

1-11-08  9:45 am

P. fell and broke finger in Oct last yr
and they was suppose to do surgery
L. Middle finger. I cant move L. ring
finger and painful

A: Denies any allergies denies any
medical hx  9/16  81  20  194/105
wt. 189 ———————   J. Price RN

ⓒⒸ  Waiting for Ⓡ hand surg

PMH  frac't Ⓡ mid fing on Oct
unscheduled surg for Dec 27/2007
he cis not called.

POS  Ⓡ hand mid & index fing, swelled
deformed, warm & sublux.
Mid fing. seen flexed (no act movent
or passive ROM) + (? pain) over
tenderness not have. No bruising
Ⓡ index aspect 2° interphalangeal Red.
decreased grip & ROM

CV WNL ABd WNL CNS grossly WNL

A  { Post traumatic mid finger deform
      (need surgery)
   { Peri ungual inf (? exam)

P  { ASAP schedule for surg.
   { - app't to _____ P _____ clinic
Referred to surg (Mid & index)    Dec...

S = Subjective
O = Objective
A = Assessment
P = Plan

P = Problem
A = Assessment   ROC
I = Intervention   6 weeks
E = Evaluation

His medication with good
results

Form: 85226  Rev: May, 2003

ALE 79

Altman, Alvar
OG  A93404

PATIENT LABEL
C. Palvar... (RN)

# EXHIBIT G



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL  60608

SCHEDULING STATUS
☐ URGENT
☐ PRIORITY
☐ ROUTINE

## CONSULTATION REQUEST FORM
Mark box ☒ on the left of answers or print in space provided.

| Date Referral Generated: | Location: | Med. Rec. # |
| Patient Name: | DOC # | DOB: |

CONSULTATION SERVICE _____   ☐ Cermak  ☐ Fantus  ☐ Other_____
Reason for Referral:

Current Medications: _____

Provider Name/Pager #/Phone #
_____

## CONSULTATION

Date Seen: _____ 1/31/08 _____

<u>Finding / Impression:</u>

Pt c̄ ⓛ MP b.f. Lt scheduled for surgery
But not called.
with pt c̄ continued pain + loss of motion

<u>Recommendations:</u>

- Referral to Hand Clinic

Consultant's Name – Pager #

To return in _____ 3 _____ Weeks    Date of Follow Up: _____ Time: _____

☐ No need to return

Form: 85209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

PATIENT LABEL

ALE 60

# EXHIBIT H

Patient Name: ALEMAN, ALVARO
Birth Date: 1/5/1976

MRN: 004485825o
FIN: 0211016829

## Progress Notes

68 Out Pt Progress Note

Dictation confirmation number: 10155326

ATTENDING:
Charles C. Paik, M.D.
DATE OF SERVICE: 02/06/2008
HISTORY: This is a Cermak patient who is 32 years old who had a left long finger proximal phalanx fracture in October who has gone on to malunion here complaining of a finger pain.
PHYSICAL EXAMINATION:
GENERAL: The patient is in no apparent distress. Alert and oriented. Appropriate for age.
EXTREMITIES: He does have paresthesia over the long finger and ring finger. However, he has some sensation to soft touch. He is profoundly stiff in the PIP and DIP joints and somewhat stiff in the MCP joint of the long finger. He does not have significant pains with palpation compared to the amount of pain that he has for stiffness.
DIAGNOSTIC DATA: On fluoroscopy, callus healing is demonstrated along with a malunion.
ASSESSMENT AND PLAN: The patient has a long finger malunion with profound stiffness of the finger. The 1st stage of treatment for this patient is to increase range of motion of the finger. We will recommend occupational therapy for range of motion in Cermak. We will place the patient in a buddy tape. We will recommend buddy taping to help with range of motion and no operation is indicated at this time until his finger has significantly improved as far as range of motion. We will see the patient back in 1 month's time and also to followup on the paresthesia of the fingers.
Electronically Signed by: CHARLES PAIK
          SH - Ortho - Resident
          02/11/08 08:36

## Orders

Order Date/Time: 2/6/2008  8:38:45 PM

| Order Name: | Order Action: |
|---|---|
| Outpatient Visit Level 3 Established | Order |
| Ordering Dr: | |
| <Unknown> | |
| Order Details: | |
| 02/06/08 20:38:42 | |

Page Number: 3

Facility: Stroger

ALEMAN-0233

# EXHIBIT I



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

### DETAINEE HEALTH SERVICE REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.
Side 1 - English

Name: _Alvaro Aleman_     Today's Date: 2·27·08

ID #: 2006009 3404 -6 202204 Division: 10   Tier: 1D   Birth Date: 01·05·76
(Booking Year)   (Number)

FOR A MEDICAL / DENTAL / MENTAL HEALTH PROBLEM <u>USE A SEPARATE REQUEST FORM FOR EACH PROBLEM.</u> EACH FORM WILL BE SENT TO THE APPROPRIATE HEALTH SERVICE PROVIDER.

☐ I want information about HIV / AIDS

Describe your problem: My finger has been for 5 months now and now I got a infection on my two fingers. Pus comes out of my two fingers. Got hurt. please help me out. I have a lot of pain in my hand.

How long have you had this problem? _5_ days / weeks / (months) (circle one)

Next Court Date: 4·2·08

!!!STOP!!!   DO NOT WRITE BELOW THIS LINE

Referred to:   ☐ Medical   ☐ Dental   ☐ Mental Health   ☐ Health Educator   ☐ DOC   Date: _____

<u>Initial</u> <u>Provider</u> <u>Note</u>: _____

Ø scheduled for Tues 3-4-08

Signature/Title: _____   Date: 2-29-08 Time: _____

<u>Secondary</u> <u>Disposition</u>: (as indicated) Recommended Follow-up:   ☐ Sick Call   ☐ PRN

Signature/Title: _____   Date: _____   Time: _____

<u>Appointment</u> <u>Scheduler</u>:

Appointment Date: _____

Signature/Title: _____

Date: _____   Time: _____

PATIENT LABEL

Form#: 66322  Rev: March 2006

ALE 84

# EXHIBIT J



**Cook County Bureau of Health Services**
1900 West Polk Street, Chicago, Illinois 60612
**Todd H. Stroger** - President, Board of Cook County Commissioners
· Affiliates ·

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

| | | |
|---|---|---|
| Patient Name: ALEMAN, ALVARO | Admission Date: 2/5/2008 | MRN: 004485825c |
| Birth Date: 1/5/1976 | Discharge Date: 5/5/2008 | FIN: 0210995171 |
| Gender: Male | | |

---

Occupational Therapy Outpt

# OT / PT Note Outpt
## Performed On: 03/11/2008 18:45 by JONES, KATHY
### Entered On: 03/11/2008 18:52

**Patient Information**
Treatment Type: OT Communication
Referral OT/ PT: O.T. to determine if patient will be a good specialist who requested OT to determine if patient will be a good surgical candidate. Will need greatly increased ROM... very stiff.
Treatment Duration: 15 Minutes
Identity Verification: Other: n/a
Other OT/PT Interventions: No show
HPI: Pt. is a 32 y.o. Hispanic male with a diagnosis of S/P fall 6 months ago with malunion of middle finger.
(Comment: very stiff. [JONES, KATHY - 03/11/2008 18:45 ] )
Pain Score 0 - 10: Not assessed

JONES, KATHY - 03/11/2008 18:45

**Assessment**
OT/ PT Assessment: Pt. is a 32 y.o. Hispanic male with a diagnosis of S/P fall 6 months ago with malunion of middle finger. Pt. was not seen today secondary per scheduling supervisor the scheduler who replaced her for the week did not fax movement forms to the divisions.
Pager Number: Kathy Jones, OTR/L
312-333-4394

JONES, KATHY - 03/11/2008 18:45

# OT / PT Note Outpt

Facility: Stroger

Page Number: 1 of 2

*CONFIDENTIAL* – If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

ALEMAN-0234



## Cook County Bureau of Health Services
1900 West Polk Street, Chicago, Illinois 60612
Todd H. Stroger - President, Board of Cook County Commissioners
**Affiliates**

| | |
|---|---|
| Ambulatory & Community Health Network of Cook County | Oak Forest Hospital of Cook County |
| Cermak Health Services of Cook County | Provident Hospital of Cook County |
| Cook County Department of Public Health | Ruth M. Rothstein CORE Center |

John H. Stroger, Jr. Hospital of Cook County

---

Patient Name: ALEMAN, ALVARO
Birth Date: 1/5/1976
Gender: Male

Admission Date: 2/5/2008
Discharge Date: 5/5/2008

MRN: 004485825o
FIN: 0210995171

---

### Occupational Therapy Outpt

Performed On: 03/04/2008 18:38 by JONES, KATHY
Entered On: 03/04/2008 18:39

### Patient Information
Treatment Type: OT Communication
Treatment Duration: 0 Minutes
Other OT/PT Interventions: No show
Pain Score 0 - 10: Not assessed

JONES, KATHY - 03/04/2008 18:38

### Assessment
OT/ PT Assessment: Pt. was a no show for scheduled appointment secondary pt. was scheduled in error with P.T.
Pager Number: Kathy Jones, OTR/L
312-333-4394
JONES, KATHY - 03/04/2008 18:38

Page Number: 2 of 2

Facility: Stroger

*CONFIDENTIAL* -- If the reader of this report is not the intended recipient, or the employee or agent responsible, you are hereby notified that any reading, dissemination, distribution or copying of this communication is strictly prohibited. If you receive this communication in error, please notify the appropriate party immediately.

ALEMAN-0235

# EXHIBIT K



Cermak Health Services of Cook County
2800 S. California Avenue
Chicago, IL 60608

SCHEDULING STATUS
☐ URGENT
☐ PRIORITY
☐ ROUTINE

# CONSULTATION REQUEST FORM

Mark box ☒ on the left of answers or print in space provided.

| Date Referral Generated: 4/3/08 | Location: 10 | Med. Rec. # |
|---|---|---|
| Patient Name: ALEMAN, ALVARO | DOC # 20060093404 | DOB: 1/5/76 |

CONSULTATION SERVICE _Ortho_   ☒ Cermak  ☐ Fantus  ☐ Other_____

Reason for Referral:

_F/u_

Current Medications: _____

_____ Provider Name/Pager #/Phone #   _Crn_

## 4/3/08  CONSULTATION

Date Seen: _____

Finding / Impression:

22 y/o S/p fall > 6 mos ago c̄ Fp plans
Ⓛ middle finger. Very stiff — plans
for Sx intervention if ↑ ROM.
PE Vasculer intact
Tender over pip
↓ ROM

Dx Volumen c̄
mechanical g Ⓛ MF.
Block

Recommendations:
Cont c̄ OT
Cont c̄ Hand
Hu in 8TC

_____
Consultant's Name – Pager #

To return in _____ Weeks   Date of Follow Up: _____ Time: _____

☒ No need to return

Form: B5209  Rev: September 2004
White – Chart Copy
Yellow – Originator's Copy
Pink – Consultant's Copy

20060093404   M

ALEMAN, ALVARO        526210
01/05/1976

ALE 57

# EXHIBIT L

# PATIENT DISCHARGE SUMMARY OF CONDITION / HOME INSTRUCTIONS

John H. Stroger, Jr. Hospital
of Cook County

**Destination:**
☐ Home
☐ Cook County Jail

**Mode of Transportation:**
☐ Mobility:
☐ Private company car

**Diagnosis/Surgery / Major Procedures:**

**VS's:** B/P: 117/69  Pulse: 76  Resp: 76  Temp: 99

**Skin:** ☑ Intact  ☐ Wound: Type/location(s)/Wound Care:

**Activity:** ☑ Resume regular activities  ☐ Restrictions:

**Diet:** ☑ Continue Pre-Procedure/Hospitalization Diet  ☐ Special Diet(specify):

**Other instructions:** ☐ Smoking Cessation  ☐ Weight Monitoring

**IV Device Removed:** ☑ Yes  ☐ N/A  ☐ No / Reason:

**MEDICATIONS:**

☐ Not taking Medications, No Prescriptions Given

| | DOSAGE / TIME / ROUTE: | PURPOSE: | SIDE EFFECTS |
|---|---|---|---|
| see discharge summary | | | |

☐ Prescriptions given to patient / family   ☐ Medications given to patient/family   ☐ Prescriptions sent to Outpatient Pharmacy(Patient to pick up prescriptions from Window #___

☐ Medication Information Sheets given that explain medication purpose and side effects.
☐ Patient Education Materials given titled:

**FOLLOW - UP APPOINTMENTS:**

|  | Date | Time |
|---|---|---|
| Clinic: | , on | , at |
| Clinic: | on | , at |

☐ Pt/Family verbalizes understanding of instructions ☐ Pt/Family verbalizes understanding of condition/diagnosis.☐ Pt./Family demonstrates/verbalizes ability for continued home care.

**Comments:** continue follow up care

Patient/Family member signature: _____  Date: 6/26/08
I've read or had these instructions read to me and have understood them and have received a copy of the form.

Nurse Print/Sign Name: _____  Time: 600  Date: 6/26/08

Form 1475    Rev. January 2005
White Copy: Chart   Yellow Copy: Patient/Family

CK••••-ALEMAN, ALVARO
DOB-0/05/76 Age- 32 FO--Uncompensated 04/24/08
Acct 2128005055 7 South/7421/A M6# 4485825

ALEMAN-0145

# EXHIBIT M

Discharge Summary                                    ALEMAN, ALVARO - 004485825c

* Preliminary Report *

Result Type:        Discharge Summary
Result Date:        April 25, 2008 11:14
Result Status:      Transcribed
Performed By:       CHAWLA, SAURABH on April 25, 2008 11:39
Encounter Info:     0212805055, Stroger, Semi-Private - Inpatient, 4/24/2008 -

## * Preliminary Report *

**Internal Medicine Discharge Summary**
John H. Stroger, Jr. Hospital of Cook County
1901 W. Harrison Street, Chicago, IL 60612
312-864-6000

Admission Date: 04/24/08                Discharge Attending, pager number: Dr Das
Discharge Date: 04/25/08                Discharge Resident, pager number:S Chawla 400-1237
                                        Primary Care Physician: Cermark Health Services

Primary Discharge Diagnoses: ? First episode of sezlures
                             LLF P1 malunion with decreased flexion

Secondary Diagnoses: Microscopic Hematuria
                     Abnormal Liver function tests

Brief Hospital Course (Include chief complaint, key findings, complications, major procedures)
Pt is a 32 yr man from Cermark who was brought to SDS for excision of bony block, and had one episode of reported sezlures-
per the SDS nurse and anesthesiologist, pt was not answering any questions during that period and was staring with no response. No incontinence or tongue biting noted post episode. Since no intereaction first hand with any staff who witnessed the episode- difficult to assess whether this episode truly seizure vs vasovagal. The reported duration of episode and onset suggest partial complex vs absence seizures. At the time of this event, no physiological reason for seizures determined by abnormal metabolic profile.
Since this can be the first episode of sezlures- we initiated w/u with EEG the results of which are awaited.
An CT head was also done which was reported as normal
An MRI has also been scheduled as an outpt on 5/12/08 to complete the w/u.
Since it was his first episode of sezlures no treatment was started and he should be refered back to Neurology if the EEG/MRI is abnormal.
His other problem of microscopic hematuria is also chronic and since it is not associated with any proteinuria a w/u was initiated with a CT abdo/pelvis which was normal.
An outpt GU appointment was also scheduled.
Pt also has abnormal liver enzymes since last year, and is asymptomatic. A previous USG reports fatty infiltration and though NAFLD appears the most likely diagnosis, w/u was initiated to rule out other causes of chronic liver disease and can be followed by his doctor at Cermark.

Printed by:    SALLAS, JULIA                          Page 1 of 3
Printed on:    4/26/2008 10:27                         (Continued)

ALEMAN-0146

Discharge Summary                          ALEMAN, ALVARO - 004485825c

\* Preliminary Report \*

Vaccinations Given in Hospital:
none

Test Results Pending on Discharge:
Hep profile
Autoimmune workup

Follow-up Plans (Appointments, Labs, Procedures):
With Orthopedics in Clinic I on  Wednesday 05/07/08 at 12.00 pm at John H Stroger Jr Hospital.
MRI Brain on 05/12/08 at 10.00 am at Fantus Imaging Center, 621 S Winchester, Chicago, Il 60612
With GU in Clinic E in John H Stroger Hospital on May 23 at 9.00 am with Dr Hollowell
With Dr Rivera on Tuesday, GMC at 1.00 pm on 05/20/08
Cermark Physician to follow up on Hep profile and autoimmune panel and refer to GI and Neurology for  further
w/u if test results are positive.

Disposition and Condition at Discharge:
To Cermark

**Instructions to the Patient and Family:**
(Insert Patient Education template for CHF, MI, pneumonia)
please inform doctor/guard for any episode of falls/disorientation/ or seizure like episode.

**Discharge Medications:**

CONTINUE the following medications:

START taking the following medications:
Tylenol 650 mg po q 6 hrs prn.

STOP taking the following medications:

ALEMAN-0147

Discharge Summary                                    ALEMAN, ALVARO - 004485825c

* Preliminary Report *

Signature Line
 Electronically Signed by:  SAURABH  CHAWLA
                          SH - Internal Medicine - Housestaff Resident

                     PAGER BUS:  312 400 1237

Completed Action List:
* Perform by CHAWLA, SAURABH on April 25, 2008 11:39
 * Modify by CHAWLA, SAURABH on April 25, 2008 11:56
 * Modify by CHAWLA, SAURABH on April 25, 2008 16:25
 * Modify by CHAWLA, SAURABH on April 25, 2008 17:15
 * Modify by SUNGHAY, SHWETHA on April 26, 2008 10:23
 * Transcribe by SUNGHAY, SHWETHA on April 26, 2008 10:23

Printed by:     SALLAS, JULIA                          Page 3 of 3
Printed on:    4/26/2008 10:27                         (End of Report)

ALEMAN-0148

# EXHIBIT N

Ambulatory & Community
Health Network of Cook County

Ambulatory & Community
Health Network of Cook County
Cook County Bureau of Health Services

## ACHN Progress Notes

| ☐ Medication List Reconciled | *elective* |
|---|---|

| Date | |
|---|---|
| | T:        P:        RR:        B/P: |
| | HT:       WT:            BMI:          LNMP: |

*Pt D/C seizure prior to OR*

*needs cleare prior to OR*

*then RTC for surgy date*

*RTC 1month*

S = Subjective
O = Objective
A = Assessment
P = Plan

Form#: ACHN 3061  Rev. June 2006
White - ORIGINAL CHART COPY   Yellow - REFERRING PROVIDER COPY   Pink - PATIENT COPY



CK PtN#- ALEMAN, ALVARO
DOB-01/05/1976 Age- 32Y FC-Uncompensated 05/07/2008
Act#0213178312 68C Ortho Elec   MR#0044858250

ALEMAN-0172

# EXHIBIT O

# Cook County Department of Corrections
## External Operations – Chief of Security
### Hospital Log Book

Please Print All Information.

| Date: 12 MAY 08 | Shift: 7-3 | PAGE 1 of 4 |
|---|---|---|

SUPERVISOR'S NAME: SGT GREER

OFFICER'S NAME: MURAKAMI          OFFICER'S NAME:

### Hospital Count Information

| Beginning Count: Stroger = 6 | Provident: = 0 | Count Cleared At: 0630 | hrs. |
|---|---|---|---|
| Oak Forest: = 1 | Outlying: = 6  A.M. CLINIC: = 0 | TOTAL: = 13 | |

### Equipment Information

| Total Keys: 13 | Radios: 20 | Shackles: 20 | Blue Box Keys: 10 |
|---|---|---|---|
| Batteries: 20 | Garrett Wands: 20 | Cuffs: 27 | Radio Chargers: 2 |
| Holders: 20 | Clips: 20 | Blue Boxes: 20 | |

Damaged Equipment Totals: 0     Shift Radio Coordinator:

### Log and Document Verification

| Key Log | Supervisor: SGT GREER |
|---|---|
| Radio Log | Supervisor: SGT GREER |
| Civilian Visiting Log | Supervisor: SGT GREER |
| Family Verification Log | Supervisor: SGT GREER |
| Movement Log | Supervisor: SGT GREER |

### PROGRAM SERVICES STAFF VISITS

(PRINT NAME): No CRW          TIME:        HRS.
(SIGNATURE):

STROGER:        HRS. PROVIDENT:        HRS. OAK FOREST:        HRS. OUTLYING:        HRS.

### MAIL DELIVERED BY

(PRINT NAME): No Mail          TIME:        HRS.
(SIGNATURE):

### A.M. CLINIC

| | DETAINEE'S NAME | | I.D. NUMBER | NAME OF HOSPITAL / CLINIC | | TIME IN | OUT |
|---|---|---|---|---|---|---|---|
| 1. | KUFRIN, Joseph | 8 | 2008-0006489 | PROVIDENCE | | No Wheelchair | Van |
| 2. | ALEMAN, Alvaro | 10 | 2006-0093404 | STROGER | MRT | 0904 | 1051 |
| 3. | SODA, ALBERT | 8 | 2008-0009292 | STROGER | G | 0904 | 1051 Van |
| 4. | HARDWELL, BARBARA | 3 | 2007-0060215 | STROGER | G | 0919 | 1030 |
| 5. | REYNOLDS, Yolanda | 4 | 2008-0027494 | STROGER | H | Refused | |
| 6. | RICHARDSON, SHAWN | 6 | 2007-0058658 | STROGER | D | 0904 | 1051 |
| 7. | | | | | | | |
| 8. | | | | | | | |
| 9. | | | | | | | |
| 10. | | | | | | | |
| 11. | | | | | | | |

### HOSPITAL MID-SHIFT COUNT

| STROGER: = 6 | PROVIDENT: = 0 | Time: 1055 |
|---|---|---|
| OAK FOREST: = 1 | OUTLYING: = 6 | TOTAL: = 13 |
| A.M. CLINIC: = | 0 | |

CCSAO 296

DATE: 12 May 08    SHIFT: 1-3    PAGE 2 of 4

## P.M. CLINIC

| DETAINEE'S NAME: | | I.D. NUMBER | NAME OF HOSPITAL / CLINIC | | TIME IN | OUT |
|---|---|---|---|---|---|---|
| 1. Robinson, Joshua | 10 | 2007-0020456 | Stroger | E | 1300 | 1450 |
| 2. Lovett, Terrance | 8 | 2007-0085006 | Stroger Famus Inte | | 1300 | 1450 |
| 3. Curry, Carl | 2 | 2007-0087298 | Stroger | E | 1300 | 1450 |
| 4. Brown, Kennetta | 10 | 2007-0058174 | Stroger | E | 1300 | 1450 |
| 5. | | | | | | |
| 6. | | | | | | |
| 7. | | | | | | |
| 8. | | | | | | |
| 9. | | | | | | |
| 10. | | | | | | |
| 11. | | | | | | |

## HOSPITAL MOVEMENT

| HOSPITAL | ROOM # | DETAINEE'S NAME | I.D. NUMBER | DESTINATION | TIME IN | OUT |
|---|---|---|---|---|---|---|
| Stroger | OR-14 | King, Ruthie | 2008-0016283 | SICU #3017 | 0700 | |
| Stroger | Rm 28 | Slowinski, Xavier | 2008-0021895 | Clinic R | 0816 | 1456 |
| Stroger | Rm 1 | Ventimer, Cristobal | 2008-0082689 | 3-912 | 0842 | |
| Stroger | 8342 | Washington, James | 2008-0032580 | X-Ray | 0703 | 0920 |
| Stroger | 9472 | Brunning, John | 2007-0074152 | Clinic V | 1071 | 1207 |
| Anthony | 638 | Godfrey, Chevon | 2007-0014937 | 607 stress | 1108 | 1136 |
| Stroger | 8342 | Washington, James | 2008-0032580 | Clinic P | 1105 | |
| Christ | Rm 16 | Cahey, Michael | 2008-0092903 | OR       A | 1737 | 1347 |
| Stroger | Rm 28 | Slowinski, Xavier | 2008-0021895 | X-Ray for Fu | 1335 | 1348 |
| | | | | | | |
| | | | | | | |

## PHONE CALLS PLACED BY DETAINEES AT HOSPITAL

| HOSPITAL | ROOM # | DETAINEE'S NAME: | I.D. # | NUMBER DIALED | TIME |
|---|---|---|---|---|---|
| No | | Phone | Calls | | |

DATE: 12 May 08   SHIFT: 7-3   PAGE 4 of 4

## HOSPITAL DISCHARGES TO C.C.D.O.C. (CERMAK)

| FROM HOSPITAL | ROOM | DETAINEE'S NAME | I.D. NUMBER | TIME |
|---|---|---|---|---|
| St. Anthony | 635 | Godfrey Chevon | 2007 0014237 | 1400 |
| Oak Forest | B23 | Philips Cordero | 2008-0028455 | 1040 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Unusual Incidents / Comments

\* Note - Per Lt Martiniak 3250 is to make family notification unless the detainee was involved in a fight or other incident on the compound.

0904 - Ofc Lewis & Major ERT signed out. Radio #3

\* Note - Per Supt Hermes via Lt Martiniak Detainee Aleman, Alvaro MRI is cancelled. Pen Clinic & Detainee Soto, Alexis Appt is cancelled.

\* Note: Received Dr's Order for Detainee Viria, Recthic for Lexiven Restraint. Copy faxed to 3200.

## HOSPITAL END OF SHIFT COUNT

STROGER: = 6   PROVIDENT: = 0
OAK FOREST: = 9   OUTLYING: = 3   TOTAL: = 18
Clinic Count: = 0   Count Cleared At: 1426 hrs.
OFFICER'S SIGNATURE:                          STAR # 587
SUPERVISOR'S SIGNATURE:                       STAR # 1162

# EXHIBIT P

Part-A / Control #: 2008 X 0042

Referred To: Cermak ✓

☐ Processed as a request.

## COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Aleman          First Name: Alvaro

ID #: 200 - 70093404  Div.: 10  Living Unit: 1-D  Date: 01 / 11 / 08

BRIEF SUMMARY OF THE COMPLAINT: Oct. 18, 07 I recieved an injury on
N.6-1J. Same day I was taken to Cermak for X-rays. I was
en taken to Stroger Hosp. and told by Orthopedic Specialist that my
ured finger requires surgery to repair the bone. Since then I've be
ken to Stroger on 4 different occassions. Only to sit in bull pin and then
brought back here to county jail. I'm still having pain and my finger
remains swollen. I don't speak read or write English, but I do need medical at
tion that my injury requires. Not sick call or Cermak, but taken to
Stroger and be sure to be seen by Orthopedic Surgeons about my in
jured finger.

NORE Melendez 2007-001-5399

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

That I be given the proper medical attention that my injury

ACTION THAT YOU ARE REQUESTING:

requires, please. Thank You.

DETAINEE SIGNATURE: Alvaro Aleman

C.R.W.'S SIGNATURE: Katy Kuhn          DATE C.R.W. RECEIVED: 01 / 10 / 08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY - PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)   CCSAO 68

## C.C.D.O.C. DETAINEE GRIEVANCE / REFERRAL & RESPONSE

*EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFTEY OF A DETAINEE*

Detainee's Last Name: Aleman    First Name: Alvaro    ID#: 2007-0093404

Is This Grievance An Emergency?    YES ☐    NO ☒

C.R.W.'S Summary Of The Complaint: Detainee alleges lack of Proper Medical attention

C.R.W. Referred Griev. To: Cermak    Date Referred: 01/10/08

Response Statement: Referred to Div. Physician

_____

C. Smith    C. Smith    Date: 1/10/08    Div./Dept. CHS
(print - name of Individual responding to this griev.)    (signature of Individual responding to this griev.)

_____    Date: 1/05/08    Div./Dept.
(print - name of Supt. / Designee / Dept. Admin.)    (signature of Supt. / Designee / Dept. Admin.)

J. Mueller    Date: 1/11/08
(print - name of Prog. Serv. Admin./ Asst. Admin.)    (signature of Prog. Serv. Admin./ Asst. Admin.)

Date Detainee Received Response: 1/15/08    Detainee Signature: Alvaro Aleman

## REQUEST FOR AN APPEAL

*APPEALS MUST BE MADE WITHIN 14 DAYS OF THE DATE THE DETAINEE RECEIVED THE RESPONSE*

Date Detainee Request For An Appeal: ___/___/___

Detainee's Basis For An Appeal: _____

_____

Appeal Board's Acceptance Of Detainee's Request:    YES ☐    NO ☐

Appeal Board's Reasoning / Decision / Recommendation To The Superintendent Or Administrator:

_____

_____

Appeal Board's Signatures / Dates: _____

Date Detainee Rec'd the Appl. Bd.'s Response: ___/___/___    Detainee Signature: _____

GRIEVANCE CODE(S): (____) (____) (____) (____)

(WHITE COPY – PROG. SERV.)    (YELLOW COPY – C.R.W.)    (PINK COPY · DETAINEE)    (GOLDENROD COPY – DIVISION/SUPT. OFFICE)