# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ALVARO ALEMAN
        Plaintiff,

V.

THOMAS DART, in his individual capacity; THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois; SALVADOR GODINEZ, in his individual capacity, SALVADOR GODINEZ, in his official capacity as Director of the Cook County Department of Corrections; AVERY HART, in his individual capacity; AVERY HART, in his official capacity as Medical Director of Cermak Health Services; DAVID FAGUS, in his individual capacity; MICHAEL PUISIS, in his official capacity as Chief Operating Officer of Cermak Health Services; and COOK COUNTY, ILLINOIS,
        Defendants.

CASE NUMBER: 09 C 06049

ASSIGNED JUDGE: Hon. Judge Robert M. Dow, Jr.

DESIGNATED
MAGISTRATE JUDGE: Judge Nan R. Nolan

TO: (Name and address of Defendant)
Michael A. Puisis
c/o Kent S. Ray
Cook County State's Attorney's Office
Conflicts Council Unit
69 West Washington Street, Suite 2030
Chicago, Illinois 60602
kent.ray@cookcountyil.gov

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Steven T. Whitmer (#06244114)
Ernesto R. Palomo (#06278186)
Ashlee M. Knuckey (#6300237)
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*/s/ signature/*

(By) DEPUTY CLERK

DATE **August 6, 2010**

Date

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 8-9-10 |
| NAME OF SERVER (PRINT) CAITLIN NAFZIGER | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

G      Served personally upon the defendant. Place where served _____

_____

G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were served on: MAUREEN HANNON

G Returned unexecuted: _____

_____

_____

G      Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    8-9-10      *Caitlin Naftziger* (signature)
                 Date            *Signature of Server*

                           7790 QUINCY STREET
                           *Address of Server*    WILLOWBROOK, IL 60527
                                                 630-286-0550

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.