IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVARO ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 6049 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| COOK COUNTY DEPARTMENT OF | ) | |
| CORRECTIONS, THOMAS DART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION BY AVERY HART, DAVID FAGUS, AND COOK COUNTY ILLINOIS FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COME Defendants, AVERY HART, DAVID FAGUS, and COOK COUNTY ILLINOIS, through their attorney ANITA ALVAREZ, State's Attorney of Cook County, by her assistant, KENT S. RAY, and, pursuant to Federal Rule of Civil Procedure 6(b), move this Court to extend the time required to answer, or otherwise respond to, Plaintiff's Second Amended Complaint (Dkt. 55) and state as follows:

1. The Plaintiff was given leave to file his Second Amended Complaint on July 29, 2010.

2. The above-named movants are represented by the Conflicts Counsel Unit of the Cook County State's Attorney's Office.

3. Defendant Michael A. Puisis is also represented by the Conflicts Counsel; together the movants and Defendant Puisis constitute the "County Defendants" in this case.

4. Defendant Puisis was served in this case on August 9, 2010 and given until August 30, 2010 to answer or otherwise plead. (Dkt. 58.)

5. The movants' responses are due before then, by August 19, 2010. (Dkt. 54.)

6. For medical reasons, the County Defendants' lead attorney, Patrick Smith, is out of the

    office August 16 and 17, 2010. This will greatly hamper his ability to respond appropriately by the 19th.

7. This is the first time the Conflicts Counsel has requested an extension of time for any of its defendants in this case.

8. The Plaintiff remains incarcerated in an Illinois state penitentiary and will not be prejudiced by the delay requested in this motion.

9. The undersigned counsel respectfully requests that the above-named movants be given an enlargement of time, until August 30, 2010, to answer, or otherwise respond to, Plaintiff's Second Amended Complaint.

**WHEREFORE DEFENDANTS HART, FAGUS, AND COOK COUNTY PRAY:**

1. That this Honorable Court grant an extension of time until August 30, 2010 for Defendants Hart, Fagus, and Cook County to answer, or otherwise respond to, Plaintiff's Second Amended Complaint.

2. That this Honorable Court grants any other relief it deems just.

    Respectfully Submitted,

    ANITA ALVAREZ
    State's Attorney of Cook County

By:   <u>/s/ Kent S. Ray</u>
    Kent S. Ray
    Supervisor
    Conflicts Counsel Unit
    69 W. Washington, 20th Flr.
    Chicago, Il 60602
    (312) 603-1427