**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALVARO ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 CV 6049 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| COOK COUNTY DEPARTMENT OF | ) | |
| CORRECTIONS, THOMAS DART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Ashlee M. Knuckey                           Nicholas S. Scouffas
     Locke Lord Bissell & Liddell LLP            Cook County State's Attorney's Office
     111 South Wacker Drive                      50 West Washington, 500 Daley Center
     Chicago, IL 60606                           Chicago, IL 60602

PLEASE TAKE NOTICE that on **August 19, 2010 at 9:15 a.m.**, I shall appear before the Honorable Judge Dow in **Room 1919** of the United States District Court, Northern District of Illinois, Eastern Division, and present the attached **Motion by Avery Hart, David Fagus, and Cook County Illinois for Enlargement of Time to Answer or Otherwise Plead**.

        Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

By:    /s/ Kent S. Ray
        Kent S. Ray
        Supervisor
        Conflicts Counsel Unit
        69 W. Washington, 20th Flr.
        Chicago, Il 60602
        (312) 603-1427

**CERTIFICATE OF SERVICE**

I, Kent S. Ray, Assistant State's Attorney, hereby certify that the attached was served upon above-named counsel on August 16, 2010 via the court's CM/ECF system.

        /s/ Kent S. Ray
        Kent S. Ray