## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Alvaro Aleman
                          Plaintiff,

v.
                                                        Case No.: 1:09–cv–06049
                                                        Honorable Robert M. Dow Jr.

Thomas Dart, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 18, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: MOTION by Defendants Cook County, Illinois, David Fagus, Avery Hart for extension of time[59] to file answer regarding amended complaint, or otherwise plead, to and including 8/30/2010, Granted. Notice of motion date of 8/19/2010 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.