**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ALVARO ALEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 6049 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Robert M. Dow Jr. |
| THOMAS DART, Sheriff of Cook County, et. al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S SECOND AMENDED COMPLAINT**

Now Come Defendants, THOMAS DART AND SALVADOR GODINEZ, by their attorney ANITA ALVAREZ, State's Attorney of Cook County, through her Assistant, Nicholas Scouffas, and pursuant to Fed. R. Civ. P. 12(b)(6) moves this Honorable Court to dismiss Plaintiff's Second Amended Complaint against them for the failure to state a claim upon which relief can be granted.

A Memorandum of Law in support of this Motion to Dismiss is hereto attached.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ *Nicholas Scouffas*
Nicholas Scouffas
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3304