**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALVARO ALEMAN,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS DART, in his individual capacity; THOMAS DART, in his official capacity as Sheriff of Cook County, Illinois; SALVADOR GODINEZ, in his individual capacity; SALVADOR GODINEZ, in his official capacity as Director of the Cook County Department of Corrections; AVERY HART, in his individual capacity; AVERY HART, in his official capacity as Medical Director of Cermak Health Services; DAVID FAGUS, in his individual capacity; and MICHAEL A. PUISIS in his official capacity as Chief Operating Officer of Cermak Health Services; COOK COUNTY, ILLINOIS,<br><br>    Defendants. | Case No. 09 C 06049<br><br>Hon. Judge Robert M. Dow, Jr.<br><br>Magistrate Judge Nan R. Nolan |

**NOTICE OF MOTION**

TO: All Attorneys of Record on the Attached Certificate of Service

  PLEASE TAKE NOTICE that on **Thursday, August 26, 2010** at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Judge Robert M. Dow, Jr., in Room 1919, in the United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604, or before any Judge who may be sitting in his stead, and then and there present "Plaintiff's Motion to Compel," a copy of which is attached hereto and hereby served upon you.

DATED: August 23, 2010                            ALVARO ALEMAN

                                                                              By:  s/ Ernesto R. Palomo
                                                                                   One of His Attorneys

Steven T. Whitmer (# 06244114)
Ernesto R. Palomo (# 06278186)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-0694 (A.M. Knuckey)
Fax: (312) 896-6694 (A.M. Knuckey)

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on August 23, 2010, I electronically filed the foregoing "Notice of Motion" with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Kent Stephen Ray**
kent.ray@cookcountyil.gov

**Patrick Stephen Smith**
patrick.smith@cookcountyil.gov

**Nicholas S. Scouffas**
nicholas.scouffas@cookcountyil.gov

                                                                s/ Ernesto R. Palomo
                                                                 Ernesto R. Palomo

Steven T. Whitmer (# 06244114)
Ernesto R. Palomo (# 06278186)
Ashlee M. Knuckey (# 6300237)
LOCKE LORD BISSELL & LIDDELL LLP
111 S. Wacker Drive
Chicago, IL 60606
Direct: (312) 443-0694 (A.M. Knuckey)
Fax: (312) 896-6694 (A.M. Knuckey)

*Attorneys for Plaintiff Alvaro Aleman*