**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3**
**Eastern Division**

Alvaro Aleman
                         Plaintiff,

v.                                              Case No.: 1:09–cv–06049
                                               Honorable Robert M. Dow Jr.

Thomas Dart, et al.
                         Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, August 24, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Motion to compel [70] is entered and continued and being referred to Magistrate Judge Nolan. Mailed notice(tbk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.