**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| ALVARO ALEMAN, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 09 C 06049 |
| | ) | |
| THOMAS DART, in his individual capacity; | ) | Hon. Judge Robert M. Dow, Jr. |
| THOMAS DART, in his official capacity as Sheriff of | ) | |
| Cook County, Illinois; SALVADOR GODINEZ, in his | ) | Magistrate Judge Nan R. Nolan |
| individual capacity; SALVADOR GODINEZ, in his | ) | |
| official capacity as Director of the Cook County | ) | |
| Department of Corrections; AVERY HART, in his | ) | |
| individual capacity; AVERY HART, in his official | ) | |
| capacity as Medical Director of Cermak Health | ) | |
| Services; DAVID FAGUS, in his individual capacity; | ) | |
| and MICHAEL A. PUISIS in his official capacity as | ) | |
| Chief Operating Officer of Cermak Health Services; | ) | |
| COOK COUNTY, ILLINOIS, | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS TO
PLAINTIFF'S AMENDED MOTION TO COMPEL**

| EXHIBIT TAB | DESCRIPTION |
|---|---|
| A | Complaint in *United States of America v. Cook County, Illinois, et al.*, No 10-cv-02946 (N.D. Ill.) |
| B | Agreed Order in *United States of America v. Cook County, Illinois, et al.*, No 10-cv-02946 (N.D. Ill.) |
| C | Defendants' Responses to Plaintiff's Document Requests |
| D | Amended Rule 30(b)(6) Notices to Cook County and Sheriff Dart |
| E | Correspondence exchanged between the parties |
| F | Defendants' Responses to Plaintiff's Interrogatories |