# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Alvaro Aleman
                        Plaintiff,

v.                                                Case No.: 1:09–cv–06049
                                                            Honorable Robert M. Dow Jr.

Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 17, 2010:

      MINUTE entry before Honorable Nan R. Nolan:In light of the district court's recent order, Defendants' motion for bifurcate monell claims and stay discovery [67] is set for 9/22/2010 at 10:00 AM.Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.