**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Alvaro Aleman, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 6049 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| Thomas Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To: Steven Todd Whitmer
Locke, Lord, Bissell & Liddell, LLP
111 S. Wacker Dr., Chicago, IL 60606

**PLEASE TAKE NOTICE** that on September 17, 2010, I filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, the attached **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**.

Respectfully Submitted,

ANITA ALVAREZ
State's Attorney of Cook County

By: /s/ *Nicholas Scouffas*
Nicholas Scouffas
Assistant State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-3304

**CERTIFICATE OF SERVICE**

I, Nicholas Scouffas, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 17, 2010**.

/s/ *Nicholas Scouffas*