**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Alvaro Aleman, | ) | |
| | ) | |
| Plaintiff, | ) | 09 C 6049 |
| | ) | |
| v. | ) | Honorable Judge |
| | ) | Robert M. Dow, Jr. |
| Thomas Dart, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:  Steven Todd Whitmer
     Locke, Lord, Bissell & Liddell, LLP
     111 S. Wacker Dr., Chicago, IL 60606

PLEASE TAKE NOTICE that on September 30, 2010, I filed with the Clerk of the Court for the United States District Court, Northern District of Illinois, Eastern Division, the attached *Defendant's Reply to Plaintiff's Response to the Motion to Dismiss Plaintiff's Second Amended Complaint*.
 .

        Respectfully Submitted,

        ANITA ALVAREZ
        State's Attorney of Cook County

By:   */s/ Nicholas Scouffas*
      Nicholas Scouffas
      Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, IL  60602
      (312) 603-3304

## CERTIFICATE OF SERVICE

I, Nicholas Scouffas, Assistant State's Attorney, certify that I served this notice and above referenced documents by electronic filing and by mailing a copy to the above named persons at the above address by depositing a copy of same in the U.S. Mail at 500 Richard J. Daley Center, Chicago, Illinois 60602, postage prepaid, before 5:00 p.m. on **September 30, 2010**
        */s/ Nicholas Scouffas*