Video Writ (Rev. 12/98)

# United States District Court
Northern District of Illinois
Eastern Division

**VIDEO WRIT**

Alvaro Aleman

    -vs-                            Case Number:   09 C 6049

Thomas Dart, et al

                                Type of Proceeding:   Settlement Conf.
                                Beginning Date:   02/17/2011
                                Length:   2 Hours

TO:
Wardern at Centralia Correctional

      YOU ARE HEREBY COMMANDED that you make the following inmates/IDOC employees available at a designated Department of Corrections video conference facility to appear in the above proceeding before the Honorable Judge **Nan R Nolan** of the United States District Court sitting at Chicago, Illinois.

| PERSONS TO APPEAR BY VIDEO ORDER OF APPEARANCE | | | | |
|---|---|---|---|---|
| NAME | ID. NUMBER | LOCATION | DATE(S) TO APPEAR | TIME TO APPEAR |
| Alvaro Aleman | R-72885 | Centralia Correctional | 2/17/2011 | 1:00 pm |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

                                              Michael W. Dobbins, Clerk
                                              United States District Court

Dated: January 14, 2011                   By:_____
                                             /Lynette Santiago, Deputy Clerk

Page -2- of Video Writ

[09 C 6049] – [Aleman] -vs- [Dart, et al]

This page of the writ is to contain all special instructions the court wishes to convey to each institution. Examples include the following:

This is a Settlement conference. Handcuffs must be removed (off camera) before the hearing begins. Inmate witnesses shall be seated before appearing on the video screen.

**NOTE TO INSTITUTIONS:** Witnesses should be prepared to testify in the order listed on this writ. Any change in the order must be reported to the District Judge prior to the beginning of the video hearing. If you have any video conference related questions please call Joseph Novak at (312)435-6045.

| | |
|---|---|
| FAXED TO: | CC: |
| Warden at Centralia Correctional Center, Danielle Jones, State Scheduler. | Joseph Novak |